CARL–MAYER CORPORATION and Ben C. Boer, Executor of the Estate of Carl F. Mayer, Deceased, Defendants-Cross-Appellants,

v.

THE FOUNDRY EQUIPMENT COM-PANY, Plaintiff-Cross-Appellee.

No. 12648.

United States Court of Appeals Sixth Circuit.

April 30, 1956.

McCoy, Greene & TeGrotenhuis, Benjamin C. Boer, Cleveland, Ohio, for Carl-Mayer Corp., et al.

Oberlin & Limbach, Lawrence C. Spieth, Cleveland, Ohio, for The Foundry Equipment Co.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the defendants and cross-appellants take nothing by their cross-appeal. D.C., 128 F.Supp. 640.

Edmond WALSH, Appellant,

v.

The BOARD OF COMMISSIONERS FOR THE PONTCHARTRAIN LEVEE DISTRICT, Appellee.

No. 15620.

United States Court of Appeals Fifth Circuit.

May 25, 1956.

William V. Redmann, Guste, Barnett & Redmann, New Orleans, La., for appellant.

Geo. A. Dreyfous, New Orleans, La., amicus curiae.

Lloyd R. Himel, Lutcher, La., Martin, Himel, Hinckley & Morel, New Orleans, La., for appellee.

Before JONES, Circuit Judge, and DAWKINS and WRIGHT, District Judges.

PER CURIAM.

The judgment appealed from should be vacated and set aside in order that there may be applied the principles recently announced by the Louisiana Supreme Court in Delaune v. Board of Commissioners for the Pontchartrain Levee District, 87 So.2d 749. Therefore, the judgment entered must be reversed and the case remanded for further proceedings.

Reversed and remanded.